**Electronically Filed**
**Supreme Court**
**SCWC-13-0005454**
**06-AUG-2015**
**08:45 AM**

SCWC-13-0005454

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

WAYNE LEE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005454; CR. NO. 12-1-0161)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Wayne Lee's Application

for Writ of Certiorari, filed on July 2, 2015, is hereby

accepted without oral argument.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 6, 2015.

Taryn R. Tomasa
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

